```
 1  LAWRENCE J. GORNICK, ESQ. (SBN 136290)
    EMILY CHARLEY, ESQ. (SBN 238542)
 2  LEVIN SIMES KAISER & GORNICK LLP
    One Bush Street, 14th Floor
 3  San Francisco, California  94104
    Telephone      (415) 646-7160
 4  Facsimile      (415) 981-1270

 5  Attorneys for Plaintiffs
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURT NYBERG AND SANDRA NYBERG, | ) Case No. C 06 1178 SC |
| Plaintiffs, | ) **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | ) |
| ELI LILLY AND COMPANY | ) **HON. SAMUEL CONTI** |
| Defendants. | ) |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiffs voluntarily dismiss the above-captioned action without prejudice.

Dated: April 18, 2006                           LEVIN SIMES KAISER & GORNICK LLP

_____
Emily Charley
Attorneys for Plaintiffs

IT IS SO ORDERED
*[signature]*
Judge Samuel Conti

VOLUNTARY DISMISSAL                                                              PAGE 1